IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCHIE CRANFORD,<br><br>            Plaintiff,<br><br>     vs.<br><br>SAMANTHA PERRYMAN, et al.,<br><br>            Defendants.<br>_____/ | 1:13-cv-00854-SKO (PC)<br><br>ORDER DIRECTING CLERK'S OFFICE TO SEND PLAINTIFF REGULAR CIVIL IN FORMA PAUPERIS APPLICATION AND REQUIRING PLAINTIFF TO EITHER PAY FILING FEE IN FULL OR FILE IN FORMA PAUPERIS APPLICATION WITHIN FORTY-FIVE DAYS |

On June 5, 2013, Plaintiff Archie Cranford, a civil detainee proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff did not pay the $350.00 filing fee or file an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk's Office shall send Plaintiff a regular civil in forma pauperis application;
2. Plaintiff shall either pay the filing fee in full or file a regular civil in forma pauperis application within **forty-five (45) days** of the date of service of this order; and
3. Failure to comply with this order will result in dismissal of this action.

IT IS SO ORDERED.

Dated:   June 6, 2013                    /s/ Sheila K. Oberto
                                   UNITED STATES MAGISTRATE JUDGE