1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCHIE CRANFORD, | Case No. 1:13-cv-00854-SKO PC |
| Plaintiff, | ORDER DENYING MOTIONS |
| v. | (Docs. 7 and 8) |
| SAMANTHA PERRYMAN, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff Archie Cranford, a civil detainee proceeding pro se, filed this civil action on June 5, 2013.  The case was dismissed, without prejudice, on August 13, 2013, following Plaintiff's failure to file an application to proceed in forma pauperis or pay the filing fee.  On October 30, 2013, Plaintiff filed a motion seeking an order directing the United States Marshal to serve his complaint, and on December 9, 2013, Plaintiff filed a request for the entry of default.

This case is closed and Plaintiff is not entitled to the relief sought in his motions. Accordingly, Plaintiff's motions for service of his complaint and for entry of default are HEREBY ORDERED DENIED.

IT IS SO ORDERED.

Dated:   __December 16, 2013__              _____/s/ Sheila K. Oberto_
                                         UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28